



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

February 19, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Victor Santana, 19 Cr. 687 (VEC)**

Dear Judge Caproni:

  The Government respectfully requests that a change of plea conference be scheduled for Victor Santana in the above-captioned case. After conferring with Your Honor's chambers and defense counsel, the Government requests that a change of plea conference be scheduled for Wednesday, February 26, 2020 at 2:00 p.m.

Application GRANTED. The change of plea hearing will be held on **February 26, 2020 at 2:15 p.m.**
SO ORDERED.

*[signature: Valerie Caproni]* 2/19/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:   *s/*_____
  Jamie Bagliebter
  Assistant United States Attorney
  Tel: (212) 637-2236

  cc: Defense Counsel (By ECF)