USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA        :
                                               :      19-CR-687 (VEC)
           -against-                    :
                                               :      <u>ORDER</u>
  VICTOR SANTANA,                    :
                                               :
                           Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 26, 2020, the parties appeared for a change of plea hearing;

       WHEREAS at the February 26, 2020 hearing, Defendant Santana entered a guilty plea;

       WHEREAS at the February 26, 2020 hearing, the Court accepted Defendant Santana's plea of guilty as to Count One of the Indictment;

       IT IS HEREBY ORDERED that: Defendant's sentencing will be held on **June 16, 2020 at 11:00 a.m**. Sentencing submissions are due by **June 2, 2020.**

**SO ORDERED.**

**Date: February 26, 2020**
       **New York, NY**
                                                       **VALERIE CAPRONI**
                                                     **United States District Judge**