```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA      :
                                                     :      19-CR-687 (VEC)
        -against-                            :
                                                     :      <u>ORDER</u>
   VICTOR SANTANA,                  :
                                                     :
                           Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **June 16, 2020 at 2:00 p.m.**;

IT IS HEREBY ORDERED: Due to ongoing concerns regarding the COVID-19 outbreak, the sentencing is adjourned to **July 13, 2020 at 2:00 p.m.** Both parties' sentencing submissions are due by **June 29, 2020**.

**SO ORDERED.**

Date: May 28, 2020
      New York, NY                                         **VALERIE CAPRONI**
                                                            **United States District Judge**