USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                   :
                                           :           19-CR-687 (VEC)
            -against-                      :
                                           :               ORDER
VICTOR SANTANA,                            :
                                           :
                         Defendant.        :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **September 25, 2020 at 2:00 p.m**.;

IT IS HEREBY ORDERED:

1. Due to a scheduling conflict, the sentencing is adjourned to **September 29, 2020 at 11:00 a.m.** Both parties' sentencing submissions remain due by **September 10, 2020**.

2. The sentencing will take place in **Courtroom 443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Members of the public may appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0687. All those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

3. Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact

chambers promptly if you or your client (if attending the proceeding) does not meet

the requirements.


**SO ORDERED.**

**Date:  September 4, 2020**
        **New York, NY**
                                      **VALERIE CAPRONI**
                                      **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.