```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :
                                               :      19-CR-687 (VEC)
        -against-                          :
                                               :      <u>ORDER</u>
   VICTOR SANTANA,                  :
                                               :
                             Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's sentencing is scheduled for **December 15, 2020 at 10:00 a.m**.;

       IT IS HEREBY ORDERED: Due to the COVID-19 pandemic, the sentencing is adjourned to **January 21, 2021 at 10:00 a.m.** Sentencing submissions are due by **January 7, 2021.** The Court is hopeful that the sentencing will be held in-person. If it is not safe to hold in-court proceedings by January 21, 2021, the Court will conduct the sentencing by video, assuming the Defendant consents to doing so.

**SO ORDERED.**

Date: November 23, 2020
       New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**