# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

January 5, 2021

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

**VIA ECF AND ELECTRONIC MAIL**

Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Victor Santana,</u> 19 Cr. 687 (VEC) – Fourth request adjournment of sentencing

Dear Judge Caproni:

I write to request a two-week adjournment of the sentencing schedule in this matter. The Government has consented to this request. This is the fourth request for an adjournment of sentencing. The sentencing schedule is as follows:

> Submissions - January 7, 2021
> Sentencing - January 21, 2021 at 10:00 a.m.

Dr. Berrill has visited Mr. Santana, performed the necessary evaluations and written a report, which was emailed to me yesterday. I am requesting an adjournment of the sentencing schedule, for an opportunity to review the report so that I may use it as a part of my submission. Accordingly, I request a two-week adjournment of the sentencing schedule.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

cc: (1) AUSA Jamie Bagliebter

> Application GRANTED in part. The sentencing is adjourned to **March 4, 2021 at 2:00 p.m.** Sentencing submissions are due by **February 18, 2021.** The parties should plan to appear **in person** for the sentencing in Courtroom 443 at 40 Foley Square unless the Court orders otherwise.

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE          1/5/2021