```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA              :
                                       :          19-CR-687 (VEC)
       -against-                   :
                                       :                ORDER
VICTOR SANTANA,                        :
                                       :
                                Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for **March 4, 2021 at 2:00 p.m.;**

IT IS HEREBY ORDERED THAT:

1. The sentencing will occur **in person** in Courtroom 443. The parties are directed to consult the relevant standing orders regarding courthouse entry and mask requirements

2. Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 0687.

**SO ORDERED.**

Date: **February 19, 2021**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**