- Clerk of Courts -

RECEIVED
JAN 23 2023
U.S.D.C.
W.P.

January 9th, Year 2023
- Monday -

- Salutations -

**MEMO ENDORSED**

Case/DKT no;1: 19-CR-00687-vec-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2023

- Re:
Formally Requesting Extention of Time:

1.) NOTE: Due to excessive "Penal Federal Institution Lock downs. Defendant is only allowed certain time allotted situations - which he has no control over, Requests more time to have access to Law library - when his confinement pertains to no access to practice due process rights.
Because of the constant lock downs where he is confined to a cell for 14 days of solitary.

2.) Defendant also seeks more time to file 2255 motion suggests the relevant triggering date may be determined under § 2255 (f) (2) because he was kept in solitary.

3.) Defendant presents request more time to file 2255 as to not construed the language his 28 U.S.C. §2255 will illustrate and be presented as to SHOW CAUSE under the fact Defendant is under Layman's Law and in proce. So Court can see Defendant 2255 is to SHOW CAUSE and his limitations will be granted to file, more Time is granted and that Court can see §2255 motion is not untimely under §2255 (f).

Respectfully Submitted

Cordially: Mr. Velert Santana

Victor Santana
Reg# 87146-054
USP Beaumont
PO Box 26030
Beaumont, TX 77720

– Legal Mail –

RECEIVED JAN 23 2023 USPS

NORTH HOUSTON TX 773
20 JAN 2023 PM 3 L

Clerk
United States District Court
Southern District of New York
U.S Courthouse
300 Quarropas Street
White Plains, NY 10601

The Court interprets Mr. Santana's request as one for an extension of time to decide whether to object to the characterization of his motion as a Section 2255 petition.  *See* Dkt. 48.  Accordingly, the application is GRANTED.  Mr. Santana's deadline to object to the Court construing his motion as a Section 2255 petition is extended to **February 28, 2023**.  If he does not object, then the Government's response deadline shall be **March 17, 2023**; Mr. Santana's reply, if any, will be due no later than **April 7, 2023**.

SO ORDERED.

Date: 1/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE