USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :   19-CR-687 (VEC)
         -against-                    :   22-CV-10802 (VEC)
                                      :
VICTOR SANTANA,                       :   ORDER
                                      :
                         Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2022, Mr. Santana filed a letter *pro se* purportedly seeking relief under the First Step Act, Dkt. 46;

WHEREAS on December 21, 2022, this Court endorsed Mr. Santana's letter construing it as a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2255; the Court gave Mr. Santana a deadline of January 31, 2023, to object to the characterization of his motion as a § 2255 petition, *see* Dkt. 47;

WHEREAS on January 23, 2023, Mr. Santana requested additional time to respond to the Court's December 21, 2022 Order, Dkt. 49;

WHEREAS on January 30, 2023, the Court granted Mr. Santana's request and extended his deadline to respond to February 28, 2023, Dkt. 50; and

WHEREAS on February 15, 2023, the Court learned that the Court's endorsement at docket entry 50 was not docketed in the parallel civil case, nor was a copy mailed to Mr. Santana.

IT IS HEREBY ORDERED that Mr. Santana's deadline to object to the Court's characterization of his motion as a § 2255 petition is extended to **March 15, 2023**. If Mr. Santana does not object, then the Government's response deadline shall be **March 31, 2023**; Mr. Santana's reply, if any, will be due **April 21, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this order, as well as the Court's endorsement at docket entry 50, to Mr. Santana and note the mailing on both dockets (19-cr-687 and 22-cv-10802).

**SO ORDERED.**

**Date: February 16, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**